THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

NATASHA WALKOWICZ SHEA,                    :
                                           :
            Plaintiff,                     :   3:23-CV-814
                                           :   (JUDGE MARIANI)
      v.                                   :
                                           :
KALAHARI RESORTS &                         :
CONVENTIONS-POCONOS,                       :
KALAHARI RESORTS PA, LLC, and              :
KALAHARI RESORTS, LLC,                     :
                                           :
            Defendants.                    :

## ORDER

AND NOW, THIS ___10th___ DAY OF JULY 2026, upon consideration of

"Defendants' Motions for Post-Trial Relief Pursuant to F.R.C.P. 50(b)" (Doc. 95) and all

relevant documents, for the reasons set forth in the accompanying Memorandum Opinion,

IT IS HEREBY ORDERED THAT Defendants' Motion is **DENIED**.

_____
Robert D. Mariani
United States District Judge