**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **NATASHA WALKOWICZ SHEA** | : | |
| | : | |
| **Plaintiff,** | : | **3:23-CV-814** |
| | : | **(JUDGE MARIANI)** |
| **v.** | : | |
| | : | |
| **KALAHARI RESORTS & CONVENTIONS - POCONOS, and KALAHARI RESORTS PA, LLC, and KALAHARI RESORTS, LLC** | : | |
| | : | |
| **Defendants.** | : | |

**ORDER**

**AND NOW, THIS** 20th **DAY OF AUGUST 2026,** upon consideration of Defendants' amended motion for a stay of execution pending appeal (Doc. 116), **IT IS HEREBY ORDERED THAT** Defendants' motion is **DENIED** for the reasons set forth in the accompanying memorandum opinion.

Robert D. Mariani
United States District Judge